FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 12 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

STEVEN W. MYHRE
Acting United States Attorney
Nevada State Bar Number 9635
District of Nevada
KILBY MACFADDEN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-6418
kilby.macfadden@usdoj.gov
*Counsel for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID NAKAMA OANCEA,<br>Aka: "VEGAS DAVE,"<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>2:17-cr- 116<br><br>**VIOLATIONS:**<br>42 U.S.C. § 408(a)(7)(B) Misuse of Social Security Number<br>31 U.S.C. § 5324(a)(2) False CTRs<br>31 U.S.C. § 5317(c)(1) – Forfeiture |

**THE GRAND JURY CHARGES THAT:**

**COUNTS ONE THROUGH NINE**
***Misuse of Social Security Number***

**Pattern of Illegal Activity**

At all times relevant to this Indictment;

1. Defendant David Nakama Oancea, aka "Vegas Dave," placed sports bets for himself and others at casinos and sports books.

2. Defendant Oancea had opened player accounts with casinos and sports books, and as part of the process, provided the casinos and sports books with social security numbers assigned to others or to no one but represented the social security numbers were assigned to him.

3. When defendant Oancea placed bets or collected winnings of more than $10,000, he caused the casinos and sports books to prepare and submit Currency Transaction Reports, as required by Title 31, United States Code, Section 5313(a), to Financial Crimes Enforcement Network of the United States Department of Treasury, containing materially false and fraudulent information about social security numbers.

4. Defendant Oancea caused casinos and sports books to prepare and submit at least 137 false Currency Transaction Reports, using at least two social security numbers not assigned to him.

5. Defendant Oancea caused the false Currency Transaction Reports to be filed to conceal his currency transactions, including wagering activity and winnings, from the Financial Crimes Enforcement Network (FinCEN) a division of the United States Department of Treasury.

**<u>COUNTS ONE THROUGH NINE</u>**
***Misuse of Social Security Number***

6. Paragraphs One through Five of this Indictment are incorporated herein as if set forth in full.

7. On or about the dates set forth below, in the State and Federal District of Nevada,

**DAVID NAKAMA OANCEA,**
**Aka: "VEGAS DAVE,"**

defendant herein, with intent to deceive, did make and cause to be made a materially false representation to the entities named below by falsely representing that a social security account number was assigned by the Commissioner of Social Security to him, when he then and there well knew the social security number was not assigned by the Commissioner of Social Security to him, and he did so for the purpose of concealing his currency transactions from the United

States Department of Treasury, with each count constituting a separate violation of Title 42, United States Code, Section 408(a)(7)(B).

| Count | Date | Entity | Social Security Number | True Holder of Account No. | Amount of Transaction |
|---|---|---|---|---|---|
| 1 | 2/6/15 | Wynn Casino | XXX-XX-7086 | R.D. | $30,000 (in) |
| 2 | 8/28/15 | Westgate Casino | XXX-XX-4103 | D.F. | $62,454 (out) |
| 3 | 8/28/15 | Westgate Casino | XXX-XX-4103 | D.F. | $17,000 (in) |
| 4 | 10/16/15 | Westgate Casino | XXX-XX-4103 | D.F. | $80,000 (out) |
| 5 | 11/11/15 | Westgate Casino | XXX-XX-4103 | D.F. | $380,000 (out) |
| 6 | 11/13/15 | Wynn Casino | XXX-XX-7086 | R.D. | $547,000 (out) |
| 7 | 12/25/15 | Westgate Casino | XXX-XX-7086 | R.D. | xxx |
| 8 | 1/7/16 | Wynn Casino | XXX-XX-7086 | R.D. | $15,000 (out) |
| 9 | 2/3/16 | Wynn Casino | XXX-XX-7086 | R.D. | $145,000 (in) |

**<u>COUNTS TEN THROUGH NINETEEN</u>**
***Cause Domestic Financial Institution to File False Report***

8. Paragraphs One through Seven of this Indictment are incorporated herein as if set forth in full.

9. On or about the dates set forth below, in the State and Federal District of Nevada,

**DAVID NAKAMA OANCEA,**
**Aka: "VEGAS DAVE,"**

defendant herein, as named below in each Count, Ten through Eighteen, knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a)

and regulations promulgated thereunder, did cause and attempt to cause a domestic financial institution, namely the casinos named below, to file a report under Title 31, United States Code, Section 5313(a) that contained a material omission and misstatement of fact, that is, the defendant did cause and attempt to cause the casinos named below to file a currency transaction report that contained a false social security account number for the defendant, with each count constituting a separate violation of Title 31, United States Code, Section 5324(a)(2):

| Count | Date | Entity | Social Security Number | True Holder of Account No. |
|---|---|---|---|---|
| 10 | 2/6/15 | Wynn Casino | XXX-XX-7086 | R.D. |
| 11 | 8/28/15 | Westgate Casino | XXX-XX-4103 | D.F. |
| 12 | 8/28/15 | Westgate Casino | XXX-XX-4103 | D.F. |
| 13 | 10/16/15 | Westgate Casino | XXX-XX-4103 | D.F. |
| 14 | 11/11/15 | Westgate Casino | XXX-XX-4103 | D.F. |
| 15 | 11/13/15 | Wynn Casino | XXX-XX-7086 | R.D. |
| 16 | 12/25/15 | Westgate Casino | XXX-XX-7086 | R.D. |
| 17 | 1/7/16 | Wynn Casino | XXX-XX-7086 | R.D. |
| 18 | 2/3/16 | Wynn Casino | XXX-XX-7086 | R.D. |
| 19 | 2/8/16 | Westgate Casino | XXX-XX-7086 | R.D. |

**FORFEITURE ALLEGATION ONE**
***Cause Domestic Financial Institution to File False Report***

1. The allegations contained in Counts Ten through Nineteen of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 31, United States Code, Section 5317(c)(1).

2. Upon conviction of any of the felony offenses charged in Counts Ten through Nineteen of this Criminal Indictment,

**DAVID NAKAMA OANCEA,**
**Aka: "VEGAS DAVE,"**

defendant herein, shall forfeit to the United States of America, all property, real or personal, involved in violations of Title 31, United States Code, Sections 5313(a) and 5324(a)(2), or any conspiracy to commit such violations, and any property traceable thereto:

a. $53,500;

b. $276,818.20; and

c. $221,000

(all of which constitutes property).

3. If any property being subject to forfeiture pursuant to Title 31, United States Code, Section 5317(c)(1), as a result of any act or omission of the defendant –

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any properties of the defendant for the property listed above.

All pursuant to Title 31, United States Code, Sections 5313(a), 5324(a)(2), and 5317(c)(1) and Title 21, United States Code, Section 853(p).

**DATED:** this 12th day of April 2017.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

STEVEN W. MYHRE
Acting United States Attorney

Kilby Macfadden
Assistant United States Attorney