STEVEN W. MYHRE
Acting United States Attorney
Nevada State Bar No. 9635
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
Counsel for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID NAKAMA OANCEA,<br>AKA "VEGAS DAVE,"<br><br>Defendant. | 2:17-CR-116-JAD-(CWH)<br><br><br>Bill of Particulars for Forfeiture of Property |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The Criminal Indictment (ECF No. 1) seeks forfeiture of properties pursuant to Title 31, United States Code, Section 5317(c)(1). To correct the properties listed in the forfeiture allegation, the United States hereby gives notice that the following properties are subject to forfeiture:

a. $53,550;

b. $276,818.20; and

c. $221,000.

All pursuant to Title 31, United States Code, Section 5317(c)(1) and Title 21, United States Code, Section 853(p).

DATED this 17th day of April, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on, April 17, 2017.

*/s/ Michelle C. Lewis*
MICHELLE C. LEWIS
Paralegal Specialist