DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
Attorneys for Defendant, *DAVID NAKAMA OANCEA*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \* \* \* \*

UNITED STATES OF AMERICA )
)
Plaintiff, )
) CASE NO. 2:17-CR-116-JAD-CWH
v. )
)
DAVID NAKAMA OANCEA )
)
Defendant, )
_____ )

## STIPULATION AND [PROPOSED ORDER] TO CONTINUE SENTENCING DATE

**IT IS HEREBY STIPULATED AND AGREED,** by and between **NICHOLAS A. TRUTANICH,** United States Attorney, **CHRISTOPHER BURTON,** Assistant United States Attorney, counsel for the United States of America, **DAVID CHESNOFF, ESQ.,** and **RICHARD A. SCHONFELD, ESQ.,** counsel for Defendant, **DAVID NAKAMA OANCEA,** that the Sentencing date in the above-captioned matter, currently scheduled for May 6, 2019, at the hour of 10:00am, be vacated and continued to May 20th, 2019 at 1:30 p.m.

This stipulation is entered into for the following reasons:

1. Defense Counsel, **DAVID Z. CHESNOFF**, has an unexpected scheduling conflict;

2. **CHRISTOPHER BURTON, AUSA** has agreed to this request; and

3. The Defendant is out of custody and doesn't object to the continuance.

DATED this 23rd day of April, 2019.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Christopher Burton | /s/ DAVID Z. CHESNOFF |
| **CHRISTOPHER BURTON, AUSA** | **DAVID Z. CHESNOFF, ESQ.** |
| 501 Las Vegas Blvd., Suite 1100 | Nevada Bar No. 2292 |
| Las Vegas, Nevada 89101 | **RICHARD A. SCHONFELD, ESQ.** |
| Tel.: [702] 388-6336 | Nevada Bar No. 6815 |
| | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |
| | Tel.: [702] 384-5563 |

## ORDER

**IT IS THEREFORE ORDERED** that the Sentencing date currently scheduled for May 6, 2019, at the hour of 10:00am, be vacated and continued to the 20th day of May, 2019, at the hour of 1:30 p.m.

DATED this 25th day of April, 2019.

_____
**JENNIFER A. DORSEY**
**UNITED STATES DISTRICT COURT JUDGE**

Submitted by:

/s/ David Z. Chesnoff
**DAVID Z. CHESNOFF, ESQ.**
Attorney for Defendant, David Nakama Oancea